# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 14, 2005

Before

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 04-2410

| | |
|---|---|
| YANCEY L. WHITE,<br>  *Petitioner-Appellee,* | Appeal from the United States<br>District Court for the<br>Western District of Wisconsin. |
| v. | |
| JOSEPH SCIBANA,<br>  *Respondent-Appellant.* | No. 03 C 581<br><br>Barbara B. Crabb,<br>*Chief Judge.* |

ORDER

The slip opinion issued in the above-entitled cause on December 2, 2004, is amended as follows: The reference to 18 U.S.C. § 2241 on page 2 shall be changed to 28 U.S.C. § 2241.